# RILEY RESEARCH ASSOCIATES

**Research for Marketing, Public Relations, and Planning**

# *CONSUMER SURVEY*

## REPORT SUMMARY

## AUGUST 2011

## Riley Research Associates

RESEARCH | INSIGHT | KNOWLEDGE

www.rileyresearch.com
10200 SW Eastridge St, Suite 120, Portland, OR 97225
*phone* [503] 222-4179  *fax* [503] 222-4313

**TABLE OF CONTENTS**

Executive Overview & Conclusions ........................................................................ 1

Overview ................................................................................................................. 4

Methodology & Analysis ........................................................................................ 4

About our Firm ....................................................................................................... 6

Results: Unaided Importance and Knowledge ....................................................... 7

Results: Stainless Steel Ratings ............................................................................. 8

Results: Hardness ratings ..................................................................................... 11

Results: Demographics ......................................................................................... 13

Participant Qualifiers ........................................................................................... 15

Verbatim Responses (Categorized) ...................................................................... 16

APPENDIX: Questionnaire



## EXECUTIVE OVERVIEW & CONCLUSIONS

**Unaided Question: Features of Importance**

When asked - in an unaided fashion - which features, factors, or considerations were most important when considering whether to purchase a knife or multi-tool (Q1), respondents most frequently mentioned aspects such as cost, ease of use, size, and the tools provided on the multi-tool.

Respondents were then asked to name any terms with which they were familiar, that characterize types or ratings of stainless steel, as it applies to knives and multi-tools (Q2).

Nearly two-thirds of respondents (64%) were unable to name <u>any</u> specific stainless steel term or rating, saying they were "unfamiliar" or "did not know". An additional 34% mentioned some feature, though did not use any terms specific to stainless steel ratings. Just 3% cited a 440 rating or named the Rockwell scale.

*Conclusion: Many features are important when purchasing knives or multi-tools. While features such as durability were mentioned, the vast majority of consumers (97%[1]) were unable to mention any specific type of stainless steel or hardness <u>rating</u> when describing the features important to them, in terms of their purchasing decisions. This indicates that the vast majority of consumers purchasing knives or multi-tools are not likely to be influenced by stainless steel or hardness ratings when making purchasing decisions.*

**Aided Questions: Stainless Steel Ratings**

When asked in an aided fashion about their familiarity with stainless steel ratings, the vast majority of respondents were unfamiliar (Q3-5). Just 26% were familiar with the 440C stainless steel designation, and 24% were familiar with the 420 stainless steel designation.

✓ As a control question, we asked consumers' familiarity with the fictitious rating of "190X". Some 17% indicated they were familiar with this (red herring) rating, further demonstrating consumers' lack of familiarity with specific stainless steel ratings.

Just 17% of consumers answered that the particular ratings of stainless influence their purchase decision (Q6). Of the remaining respondents, 11% said it "has little or no influence" on their decision; 3% were "unsure" of the influence, and the majority (68%) was "unfamiliar" with the rating.

Those respondents who said they were familiar with the ratings (only 32%), were asked to rate the importance of the ratings on a five-point scale where '1' was 'not at all important' and '5' was 'very important' (Q7-10). The mean level of Importance was moderate for each of the designations.  A table showing the consumer responses to this question appears on the following page.

---

[1] Due to rounding, not all responses add to 100%, but each table is representative of one response from each respondent.

 RILEY RESEARCH ASSOCIATES

1    Executive Overview & Conclusions

 EXECUTIVE OVERVIEW & CONCLUSIONS (CONTINUED)

Stainless Steel Ratings (Continued)

| How important is it … | Mean Rating |
|---|---|
| That the product is made from 420 stainless steel | 3.37 |
| That the product is made from 440C stainless steel | 3.58 |
| That the product is made from 440B stainless steel | 3.30 |
| That the product is made from 190X stainless steel | 2.92 |

▨ Respondents were asked the impact the stainless steel ratings would have in their decision to purchase one product over the other:

✓ 440B product versus 440C product: 7% were more likely to purchase the 440B product while 7% were more likely to purchase the 440C product (Q11). The remaining 86% said that neither would have an impact, were unsure, or were unfamiliar with the ratings.

✓ 420 product versus 440C product: 5% were more likely to purchase the 420 product while 12% were more likely to purchase the 440C product (Q12). The remaining 83% said neither would have an impact, were unsure, or unfamiliar with the ratings.

*Conclusion: More than eight of ten consumers indicated they have little or no knowledge or familiarity with these stainless steel ratings. Further, even those consumers who have some knowledge or familiarity with the relevant stainless steel ratings do not have a good understanding of the differences or distinctions between these ratings. Thus, for the vast majority of consumers, the stainless steel ratings referenced in the survey have little to no influence on purchasing decisions.*

**Aided Questions: Hardness Ratings**

▨ When asked their level of familiarity with the Rockwell C (HRC) scale (Q13), a majority of consumers (68%) indicated they were unfamiliar; just 32% indicated some familiarity.

▨ In regards to the influence Rockwell ratings have on purchasing decisions, just 18% indicated a knife's hardness as measured on the HRC scale "greatly influences" their decision (Q14). Of the remaining respondents, 8% said it "has little or no influence" on their decision; 7% were "unsure" of the influence, and the majority were "unfamiliar" (68%).

▨ Those consumers who indicated they were aware of the Rockwell ratings (only 32%) were asked to rate the importance of two HRC ratings on a five-point scale where '1' was 'not at all important' and '5' was 'very important' (Q15-16). Mean importance ratings were moderate for both values.  A table showing the consumer responses to this question appears on the following page.

 RILEY RESEARCH ASSOCIATES

 EXECUTIVE OVERVIEW & CONCLUSIONS (CONTINUED)

Aided Questions: Hardness Ratings (Continued)

| How important is it … | Mean Rating |
|---|---|
| That the knife blade has a hardness rating of between 57 to 59 | 3.68 |
| That the knife blade has a hardness rating of between 8 to 11 | 3.19 |

Those consumers who indicated they were aware of the Rockwell ratings were asked to indicate their preference for a 57 to 59 HRC rated product versus an 8 to 11 HRC rated product. (Q17)

✓ Some 13% said they were more likely to purchase the 57 to 59 HRC product, while 6% said they were more likely to purchase the 8 to 11 HRC product. The remaining 86% said neither would have an impact, were unsure, or unfamiliar with the ratings.

*Conclusion: The vast majority of consumers have little knowledge or familiarity with the Rockwell C scale. Further, even those consumers who have some knowledge or familiarity with the Rockwell C scale do not have a good understanding of the hardness ratings associated with the scale. Thus, for the vast majority of consumers, the Rockwell C hardness scale and the associated hardness ratings referenced in the survey have little to no influence on purchasing decisions.*



EXHIBIT B, Page 5 of 39

 ## OVERVIEW

Riley Research Associates ("RRA") was asked by Coast Cutlery Co. to conduct and report the findings of a nationwide (United States) survey of qualified consumers.

Primary goals of the survey were to identify factors consumers most value when determining which knife and/or multi-tool products to purchase; determine current levels of awareness for stainless steel and hardness ratings; and assess the impact of specific stainless steel and hardness ratings on consumer purchasing decisions.

## METHODOLOGY & ANALYSIS

RRA contracted with an online survey partner (Global Market Insite/GMI) to produce a representative sample of qualified consumers. This blind, online survey targeted a panel of consumers who had previously expressed an interest in outdoor and/or sporting activities.

Respondents were considered qualified to participate if they indicated they had purchased either a sport/outdoor knife or multi-purpose tool, also known as a multi-tool, in the past two years, and/or were likely to purchase one in the next twelve months.

The survey invitation was distributed to 1,643 consumers who had indicated an interest in outdoor and/or sporting activities. Of those, a total of 400 consumers, based on their purchase history and/or intentions were qualified to complete the survey. Respondent incidence and details follows:

| Total Click-Through | 1,643 | Participation Rate | 96% |
|---|---|---|---|
| Partial Completes | 70 | Incidence | 26% |
| Terminates | 1,171 | Completion Time (average) | 5:53 |
| Over Quota | 2 | Completion Time (median) | 3:45 |
| Qualified Completes | 400 | | |

We believe the online survey produced a well-qualified sample, representative of likely purchasers of sporting knives and/or multi-tools. The survey universe was designed to incorporate those consumers who had previously expressed an interest in outdoor and/or sporting activities. By surveying consumers who had purchased knives or multi-tools in the past two years and also those who were likely to purchase such a product in the next twelve months, the survey properly accounted for both past and future purchasers of knife and multi-tool products.

The survey sample is also projectable. A survey sample of 400 respondents is generally considered accurate to within a margin of error of +/- 4.9%, at a 95% level of confidence. We believe if this study was replicated, we would expect to find the same results, to within 4.9%, 19 times out of 20.


EXHIBIT B, Page 6 of 39

## METHODOLOGY & ANALYSIS (CONTINUED)

A variety of question types were used in this survey, including open-ended (verbatim) response questions, closed-ended single-response questions, and rating questions. Control questions were used in order to determine whether consumers truly had an opinion on the matter or were simply guessing. Open-ended questions responses were aggregated in order to categorize respondents' answers. The full list of the verbatim responses received is included in this report. The questions that provide a mean answer were calculated by multiplying the number of responses for each numerical value times that numerical value, then dividing the sum of those numbers by the number of those responding.


EXHIBIT B, Page 7 of 39

## ABOUT OUR FIRM

Michael J. Riley founded Riley Research Associates in 1989 and has nearly 30 years of research experience. As a full-service firm, Riley Research Associates (RRA) serves a wide variety of industries, specializing in telephone and Internet-based survey methods.

Michael J. Riley, the president and research director, provides research, communications consulting, and expert testimony. He is an accredited public relations research practitioner (APR), as certified by the Public Relations Society of America, has a Professional Researcher Certification (PRC) from the Market Research Association, and serves on numerous business and civic boards.

Riley Research Associates adheres to the highest national standards for research ethics and integrity in data collection and reporting. This includes, but is not limited to, the code of ethics of the American Marketing Association (AMA).



EXHIBIT B, Page 8 of 39

 **RESULTS: UNAIDED IMPORTANCE AND KNOWLEDGE**

**Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other information sources.**

**What features, factors or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Unaided question)**

The open-ended responses were grouped into like categories, where applicable; in order to better quantify features, factors, or considerations mentioned by respondents. The full list of open-ended responses can be found on page 14. Responses have been categorized by like response and edited for spelling.

**Q2. As you may know, many knives and multi-tools are made from stainless steel. Stainless steel is generally categorized by type or rating.  What terms are you familiar with that characterize types or ratings of stainless steel? (Unaided question)**

The open-ended responses were grouped into like categories, where applicable; in order to better quantify the understanding and familiarity respondents have with stainless steel ratings. The full list of open-ended responses can be found on page 25. Responses have been categorized by like response and edited for spelling.

|  | Total[2] |
|---|---|
| Total Participants | 400 |
|  |  |
| Specific mention of stainless steel ratings | 3% |
| Miscellaneous responses | 34 |
| Don't know / Unfamiliar / None | 64 |

---

[2] Due to rounding, not all responses add to 100%, but each table is representative of one response from each respondent.

 RILEY RESEARCH ASSOCIATES

Results

 **RESULTS: STAINLESS STEEL RATINGS**

**Q3-5. Please indicate your familiarity with the following types or ratings of stainless steel:**

|  | Familiar | Somewhat familiar | Not familiar |
|---|---|---|---|
| Total Participants = 400 |  |  |  |
| Q3. 440C stainless steel | 8% | 18% | 74% |
| Q4. 420 stainless steel | 6 | 18 | 76 |
| Q5. 190X stainless steel[3] | 5 | 12 | 84 |

**Q6. In general, would you say that the particular type or rating of stainless steel used in a knife or multi-tool: (Aided)**

|  | Total |
|---|---|
| Total Participants | 400 |
|  |  |
| Greatly influences your purchasing decision to purchase the particular knife or multi-tool | 17% |
| Has little to no influence over your decision (i.e., other factors such as price, brand name, or other features would have more influence on your purchasing decision) | 11 |
| Don't Know or am Not Sure of the influence | 3 |
| Not familiar with rating scales /Not applicable | 68 |

---

[3] The rating of "190X" was included as a control (Red Herring) question to measure actual knowledge vs. perceived knowledge on stainless steel ratings. Such a rating does not exist to describe stainless steel.



**Q7-10. On a 1-5 scale, where "5" means "Very important" and "1" means "not at all important," please rate the importance of the following factors in connection with your prospective purchase of a knife or multi-tool.  If you are not familiar with these terms, please answer as such. (Q7-Q10 were asked only of those familiar with the 420 and/or 440C rating in Q3-Q4. The mean is based only on responses from those familiar with the ratings. Those unfamiliar were categorized as "Not familiar with Ratings")**

| | Mean | Very important 5 | 4 | 3 | Not at all important 2 | 1 | DK/Not Familiar | Not familiar w/ Ratings |
|---|---|---|---|---|---|---|---|---|
| Total Participants = 400 | | | | | | | | |
| Q7. That the product is made from 420 stainless steel | 3.37 | 4% | 7% | 10% | 3% | 2% | 7% | 68% |
| Q8. That the product is made from 440C stainless steel | 3.58 | 5 | 9 | 11 | 2 | 1 | 5 | 68 |
| Q9. That the product is made from 440B stainless steel | 3.30 | 3 | 8 | 10 | 4 | 1 | 7 | 68 |
| Q10. That the product is made from 190X stainless steel | 2.92 | 3 | 3 | 9 | 5 | 2 | 10 | 68 |

**Q11. If one knife or multi-tool was made from 440B stainless steel and another was made from 440C stainless steel, what impact would that have on your decision to purchase one product over the other? (Aided)**

| | Total |
|---|---|
| Total Participants | 400 |
| | |
| Don't Know or Not Sure whether it would have an influence or not | 8% |
| More likely to purchase the 440B product | 7 |
| More likely to purchase the 440C product | 7 |
| It would have little to no influence over your purchasing decision (i.e., other factors such as price, manufacturer, etc. would more greatly influence your purchasing decision) | 10 |
| Not familiar with rating scales /Not applicable | 68 |


RILEY RESEARCH ASSOCIATES

Results

**Q12. If one knife or multi-tool was made from 420 stainless steel and another was made from 440C stainless steel, what impact would that have on your decision to purchase one product over the other? (Aided)**

| | Total |
|---|---|
| Total Participants | 400 |
| | |
| Don't Know or Not Sure whether it would have an influence or not | 5% |
| More likely to purchase the 420 product | 5 |
| More likely to purchase the 440C product | 12 |
| It would have little to no influence over your purchasing decision (i.e., other factors such as price, manufacturer, etc. would more greatly influence your purchasing decision) | 9 |
| Not familiar with rating scales / Not applicable | 68 |

RILEY RESEARCH
ASSOCIATES

10

Results

 ## RESULTS: HARDNESS RATINGS

**Q13.  As you may know, the hardness of materials (including the steel in stainless steel knives and multi-tools) are tested and analyzed pursuant to hardness scales.  Are you aware of or have you heard of the Rockwell C scale (abbreviated as "HRC" or "RC") used for measuring hardness?**

|  | <u>Total</u> |
|---|---|
| Total Participants | 400 |
|  |  |
| Familiar with the Rockwell C scale | 8% |
| Somewhat familiar with the Rockwell C scale | 25 |
| Not familiar with the Rockwell C scale | 68 |

**Q14. Would you say that a knife's hardness value as measured on the Rockwell C scale (abbreviated as "HRC" or "RC") (Aided)**

|  | <u>Total</u> |
|---|---|
| Total Participants | 400 |
|  |  |
| Don't Know or are Not Sure whether it would have an influence or not | 7% |
| Greatly influences your purchasing decision to purchase the particular knife or multi-tool | 18 |
| Has little to no influence over your decision (i.e., other factors such as price, brand name, or other features. would have more influence on your purchasing decision) | 8 |
| Not familiar with rating scales / Not applicable | 68 |



**Q15-16. On a 1-5 scale, where "5" means "very important" and "1" means "not at all important," please rate the importance of the following factors in connection with your prospective purchase of a knife or multi-tool.  If you are not familiar with these terms, please answer as such. (Q15-Q16 were asked only of those familiar with the Rockwell C scale in Q13. The mean is based only on responses from those familiar with the ratings. Those unfamiliar were categorized as "Not familiar with Ratings")**

| | Mean | Very important | | | | Not at all important | DK/Not Familiar | Not familiar w/ratings |
|---|---|---|---|---|---|---|---|---|
| | | 5 | 4 | 3 | 2 | 1 | | |
| Total Participants = 400 | | | | | | | | |
| Q15. That the knife blade has a hardness value of between 57 to 59 measured in Rockwell C (abbreviated as "HRC" or "RC") | 3.68 | 7% | 6% | 9% | 2% | 0% | 9% | 68% |
| Q16. That the knife blade has  hardness value of between 8 to 11 measured in Rockwell C (abbreviated as "HRC" or "RC") | 3.19 | 4 | 5 | 8 | 5 | 2 | 9 | 68 |

**Q17. If the blade of one knife had a hardness value of between  8 to 11 measured on the Rockwell C scale (abbreviated as "HRC" or "RC") and another had a hardness value of between 57 to 59 measured on that same scale, what impact would that have on your decision to purchase one knife over another? (Aided)**

| | Total |
|---|---|
| Total Participants | 400 |
| | |
| Don't Know or are Not Sure whether it would have an influence or not | 8% |
| More likely to purchase the knife with a hardness value of between  8 to 11 HRC | 6 |
| More likely to purchase the knife with a hardness value of between 57 to 59 HRC | 13 |
| It would have little to no influence over your purchasing decision (i.e., other factors such as price, manufacturer, etc. would more greatly influence your purchasing decision) | 6 |
| Not familiar with rating scales / Not applicable | 68 |


RILEY RESEARCH ASSOCIATES

12

Results

 **RESULTS: DEMOGRAPHICS**

**Q18. Please record your gender.**

|  | Total |
|---|---|
| Total Participants | 400 |
|  |  |
| Male | 51% |
| Female | 49 |

**Q19. Please record your age (Categorized)**

|  | Total |
|---|---|
| Total Participants | 400 |
|  |  |
| 18-34 | 27% |
| 35-44 | 13 |
| 45-54 | 22 |
| 55-64 | 27 |
| 65+ | 11 |
| No response | 0 |
|  |  |
| **Mean age** | **47** |



**Q20. Please record your state**

|  | Total |
|---|---|
|  |  |
| Total Participants | 400 |
|  |  |
| Alabama | 1% |
| Alaska | 1 |
| Arizona | 2 |
| Arkansas | 2 |
| California | 9 |
| Colorado | 2 |
| Connecticut | 2 |
| Florida | 7 |
| Georgia | 3 |
| Hawaii | 0 |
| Idaho | 1 |
| Illinois | 4 |
| Indiana | 3 |
| Iowa | 2 |
| Kansas | 1 |
| Kentucky | 2 |
| Louisiana | 2 |
| Maine | 0 |
| Maryland | 2 |
| Massachusetts | 2 |
| Michigan | 4 |
| Minnesota | 2 |
| Mississippi | 1 |
| Missouri | 3 |
| Montana | 0 |
| Nebraska | 0 |
| Nevada | 1 |
| New Hampshire | 1 |
| New Jersey | 2 |
| New Mexico | 1 |
| New York | 4 |
| North Carolina | 3 |
| Ohio | 5 |
| Oklahoma | 2 |
| Oregon | 2 |
| Pennsylvania | 4 |
| Rhode Island | 0 |
| South Carolina | 3 |
| South Dakota | 0 |
| Tennessee | 2 |
| Texas | 9 |
| Utah | 1 |
| Vermont | 0 |
| Virginia | 1 |
| Washington | 3 |
| Wisconsin | 3 |
| Wyoming | 0 |


RILEY RESEARCH ASSOCIATES

 **PARTICIPANT QUALIFIERS**

**S1. Have you purchased either a sport/outdoor knife or multi-purpose tool, also known as a multi-tool, in the past two years?**

|  | Total |
|---|---|
| Total Participants | 400 |
|  |  |
| Yes | 57% |
| No | 43 |

**S2. How likely are you to purchase either a sport/outdoor knife or multi-purpose tool, also known as a multi-tool, in the next twelve months?**

|  | Total |
|---|---|
| Total Participants | 400 |
|  |  |
| Very likely (Continue) | 20% |
| Somewhat likely (Continue) | 60 |
| Not likely (Discontinue only if answered "No" in S1) | 20 |

**S3. Do you or anyone in your household work in the knife or multi-tool industry, the metallurgical industry, or in market research, graphic design or marketing?**

|  | Total |
|---|---|
| Total Participants | 400 |
|  |  |
| No (Continue) | 100% |
| Yes (Discontinue) | 0 |



 **VERBATIM RESPONSES (CATEGORIZED)**

**Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.**

**What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool?**

<u>Materials / Quality</u>
Durability / Durable (35)
Quality (26)
Knife (12)
Strength / Strong (11)
Sturdiness / Sturdy / Sturdy construction (10)
Blade(s) / Blade itself is important thing to me / Blade type (9)
Craftsmanship / Quality of craftsmanship/workmanship (6)
Rustproof / If it will rust / Non-rust (6)
Last long / Longevity (6)
Locking blade / Locking knife blade (5)
Balance (4)
Blade length (4)
Construction / Construction of the tool / Quality construction (4)
Design (4)
Material made of / Material of construction / Material of blade / Material used in manufacturing (4)
Reliability / Reliable (4)
Quality of steel / metals used (4)
Good quality / Good quality tools (3)
Good steel / Grade of steel / How good is the steel (3)
Material(s) (3)
Ability to hold an edge / Blade needs to maintain its edge (2)
High quality metal/steel (2)
Metal quality (2)
Metal used / Metal used to make the blade (2)
Easy to sharpen / Sharpening ease (3)
Made in America / Made in USA (3)
How well it works (2)
How well the knife cuts / Good cut (2)
Quality of blade (2)
Type of metal / Type of metal it's made from (2)
Ability to sharpen the knife
Amount of time that blade holds sharpness
Blade angle
Blade in handle
Blade strength/material
Blades properly lock into position
Carbon steel blade
Construction material



Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

---

<u>*Materials / Quality (continued)*</u>
Cutting blade
Cutting capacity
Dependability
Design of blade on knife
Durability - the last one I had bent the first time I used the pliers' tool
Durability of the materials used
Edge
Good
Good blade
Hardiness of the handle
Hardness of metal
Heavy construction
High quality
How durable the multi-tool is
How long it stays sharp / How sharp it stays / Will it stay sharp / Stays sharp (8)
How reliable it is
How to sharpen it
How well the knife or multi-tools are built
I work as a chef, so a good knife that holds an edge and well balanced
Keep a good edge, or remain very sharp / Keep a sharp edge / Keeping edge is important (3)
Knife design (fixed blade, folding blade, etc.)
Knife/tool is rustproof
Last several years
Lasting durability and sharpness
Life of tool
Made with U.S. steel; steel made in the U.S.A.; no Chinese steel if I can help it
Main blade design and utility
Metals
Method the handle is fastened to the blade
Most important would be the quality of the knife or multi-tool
On a knife, the addition of a no slip service would be helpful
Precision with which it is sharpened
Pre-sharpened
Production quality
Quality as well as price for what you get
Quality is more important than price
Quality materials
Quality of knife or tool
Quality of manufacturing and materials
Shape of knife



Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

_Materials / Quality (continued)_
Sharp / Sharpness / Sharp edge / Sharp knife/knives/blades (56)
Size of blade
Stable
Stainless steel
Strength of blade
Strength of the metal
Structure of the blade and the handle grip
Super sharp
Tight construction
Tool must be able to keep its ability to function, i.e.: open, close, flip, etc
Tool to be sharp to use for outdoors like fishing, camping and other outdoor sports I may need tool for
Type of steel
Type of steel of the blade
Way the handle fits my hand and what product it's made from, whether it be plastic, metal, wood, or bone. The sharpness and design of the blade
Weight and the length of the knife and blade
Weight of knife
Weight or balance
Well made
What it is made of
Whether 'switchblade type' or one piece
Whether the blade goes all the way through the handle and is not just attached, edge of blade, riveted, not glued
Whether the knife has a stainless steel blade or not, I don't want a knife with a stainless steel blade because it doesn't hold an edge, you can't get it sharp
Whether the knife is serrated or not
With this instrument it's more about the quality than the price



Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

<u>Brand</u>
Brand / Brand name / Brand name credit (15)
Manufacturer brand name credit / Manufacturer reputation (2)
Brand I know and trust
Brand is the most important factor considering purchasing
Brand name reliability
Brand name, such as Buck I know from my own use how good they are
Case knives are my favorite. I have a buck knife I got when I was in the Navy. Large blade and
    very sharp; cuts just about anything; a case pocket knife is also one of my favorites. Very
    reliable
Good name brand
If it is a good brand
Name of company
PR brand
Quality of blade brand
Reliable manufacturer
Reputation of company
Swiss
Well known
Whether or not it is a Leatherman
YAA knives

<u>Considerations (general)</u>
Size (26)
Ease of operation/use (27)
Different types of tools / Many extra tool options / Many tools / Number of tools (16)
Good screwdrivers / Screwdriver(s) (16)
Safe / Safe to use / Safety / Safety features (13)
Good scissors / Scissors (12)
Pliers / Pliers' type function / Good pliers (12)
Ease of opening / Ease of opening and closing (11)
Function / Functionality (9)
Many purposes/uses / Variety of functions/uses (8)
Screwdriver with standard/flat/regular and Phillips / Phillips and flat blade/head screwdrivers (7)
Versatile / Versatility (7)
Weight (7)
All / All in one / All the possible applications / Everything (6)
Grip / Handle / Handle grip (6)
Lightweight (6)
Multiple tools / Multi-tool (6)
Corkscrew (5)



19                    Verbatims Q1

Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

_Considerations (general) (continued)_
File (5)
Multi-function / Multi-functioning features (5)
Portability / Portable (5)
Shape (5)
Use / Usefulness / Uses / What it's used for (5)
Can opener (4)
Comfort / Comfortable in use (4)
Fit comfortably in my hand / Fit in my hand / Feels good in my hand (4)
Good appearance/looks (4)
Small / Small size / Small, compact (4)
Style / Styling (4)
Usability / User friendly (4)
Bottle opener (3)
Color (3)
Compact / Compactness (3)
How many different functions it can complete / How many functions (3)
Length (3)
Multi-blade / Multiple knives (3)
Variety of knives attached / Various knife blades (3)
Depends on the job I need it for / Depends on what use we are going to have (2)
Easy access and tools / Easy to access (2)
Easy to handle (2)
Fit into a pocket comfortably / Fits in pocket (2)
Functional tools / Functionality of tool (2)
Good grip (2)
Mini saw (2)
More features the better / More functions the better (2)
Storage / Storage ability (2)
Tweezers (2)
What features it has / What functions it has (2)
A lot of options on knife
Ability to be used deftly
Ability to lock a function in place for use
Ability to use for lots of things
Alaka mana fote tei
As a camper, I like to use a knife that carries all the tool you need for camping, such as a knife for cutting up your food for cooking, a saw to cut small trees for the campfire, and so on
Assisted open
At least a feature of a screw on the multi-tool
Attractive

 RILEY RESEARCH ASSOCIATES

Verbatims Q1

Q1. This research is intended to test your <u>current </u>knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

<u>*Considerations (general) (continued)*</u>
Belt clip
Big enough
Bone or stag handles
Bought a pocket knife for my nephew because he collects knives; the features it has are a pair of
    scissors, a corkscrew, a knife blade, a file, and a can opener on the end of it
Can I use it
Clippers
Comfortable ergonomic handle (I have carpel tunnel)
Comfortable grip so you can use it for a prolonged period of time
Completeness
Consumer ratings
Contains essential tools and implements
Convenience
Convenient size
Correct size and tools on a multi-tool
Country of origin
Couple of different bits
Curiosity got the best of me. Bought it and very seldom use it. Would probably never buy another
    one
Different combinations available to use for different tasks
Different sizes of tools
Different ways to use it
Does it have a wide variety of utilities
Don't want a saw
Ease of carrying
Ease of function
Ease of response when opening
Ease of use is paramount
Ease of use with a deer
Ease of using such a knife
Easily accessible by clip
Easy to conceal, travel with and carry
Easy to open blades
Easy to store
Eating utensils
Enough tools (scissors, different size of knives, pliers, and screwdriver) and be as compact as
    possible
Equipped with the necessities that I may forget to look for
Eye-appeal
Features



Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

*Considerations (general) (continued)*
Features the necessary tool needed when away from home
Fit my needs
Folds
For multi tools, I would like to see as many of the common tools a person might need in an
    emergency situation
For my specific needs
For the multi-tool, needs to have the tools I see I might need to repair something
Friends
Functions such as cutting, filing, screw driver
Good tools to work with
Grip construction
Hammer
Handle material
Handle texture
Has a gutting hook
Has a little of everything
Has flint to start fires
Having a sturdy locking mechanism
Hinges have to be sturdy, yet easy to open
How easy is it to use
How easy it is to pull each implement out of the handle
How easy it will be for me to use it
How effective it is
How it is best for certain meats and foods
How it is used
How small it can fold up
How useful in multi applications
How useful it is to me
How useful it will be when camping, fishing, or hiking
Husband is a fireman; we purchase the knives because he uses them at work for MVA; use them
    to cut seatbelts and sometimes clothes off victims
I hunt and spend a lot of time in the woods. I have several knives. I like to have a way to saw
    wood, open cans, cut meat, and repair things
I like screwdrivers and knives on my multi-tool; at least Phillips and flat head screwdriver heads
    and two different sized knives. I like it to be 4" in length, or slightly smaller with a leather pouch
    to hang on my belt; like it made of stainless steel, and made to last
I purchased the multi-tool for a trip to Costa Rica
I want a multi-purpose tool that will be helpful for use on my bicycle
I want it to have a screwdriver, bottle opener and sharp blade
I'd like to be able to choose color

 RILEY RESEARCH ASSOCIATES

Verbatims Q1

EXHIBIT B, Page 24 of 39

Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

*Considerations (general) (continued)*
If it cuts well, has a good handle to hold, not too big or too small
If it works at cutting up fish
If that knife or tool will meet the minimum requirements for what I perform on a daily basis, and also how durable the knife or tool is and if it can hold up to the conditions I put it through
If the tool locks in place, so as not to hurt little people using it
Important it has a variety of tools on it
Interchangeable blades
Is it going to get done all the things I need?
Is it useful and what I need
Job at hand
Know ways it can be used and the usability
Large and small knife
Last multi-tool knife I bought was a gift. I was looking for a compact multi-tool that would include a knife, screwdrivers, and other tools for camping and outdoor activities
Leather sheath
Like to have tools of various uses
Look for something I really like and can use
Make, model and function
Many different features that would help with camping
Multi tools on it, one tool does seven jobs; handy to use in place of regular tools
Multiple screwdrivers
Multi-purpose capabilities and the effectiveness
Multi-tool ease of use, does it open and close easily, do the tools stay locked open for safety reasons, and are the tools tough enough to actually do the job? Does it have tools I really need? For a knife, is the knife sharp and will it hold its edge? Is the handle attached securely to the blade
Multi-tool functionality
Multi-tool has taken off as an easy-to-carry toolbox
Multi-tool must have a variety of uses
Multi-tool needs to have the specific tools I am looking for
Multi-tool then it needs to be easy & simple to replace/remove blades. Blades must not slip inside of knife
Multitude of features, so I can use it in many situations
Must be of locking type
Must be useful
Must be versatile, usable for more than one purpose
Must feel sturdy when held
Need to be easy access
Need to have, especially for my job
Needle-nose pliers



EXHIBIT B, Page 25 of 39

Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

_Considerations (general) (continued)_
Needs a knife and pliers, scissors are nice too
Non fold
Not too bulky
Not too small not too big
Number of tools, and usage for them
On a multi-tool I would like to see better access to the screwdriver and the addition of a flat-headed screw driver.
Only if I need it
Openers
Opens and closes without it being hard to close
Other functions like screwdriver, pick, etc
Outdoors use camping
Overall functionality of the tool
Particular knives
Particular parts of the multi-tool as in types of screwdrivers it has, etc
Philips head and regular screwdriver and more
Physical appearance
Practicality
Prefer a lock back knife
Purpose of the multi-tool device is very important for what I plan to use it for such as a fishing accessory. I look a the brand and then the price to judge the usefulness of the utensil
Real important because I eat fish and wildlife
Reason for knife
Ridges
Safety issues, recall
Saw knife
Screwdriver with both regular and Phillips head, and bolt head
Select and lock tool for use
Serviceability
Sheath
Should be very sturdy but as lightweight as possible
Should fold up and not have devices poking out
Should have a flat head and Phillips head screwdriver, at least 2 different knife blades, can opener, tweezers, scissors, small saw blade, lighter or place to store matches
Size of the knife to make sure it is portable
Small so I can store and transform it easily
Some have a fork, spoon, knife that come with it
Some sort of protection lock or something like that
Specific tools available in the multi-tool for the application I have and variety of tools available in a compact tool



Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

<u>*Considerations (general) (continued)*</u>
Standard long and short blade
Strong pliers
Takes care of all my needs
Taking it somewhere easily
That it is what my husband wants
Tool types
Tools are easily acceptable
Tools needed to do the job
Type of screwdriver
Type of sheath
Type of tools
Type of utility functions the product has
Uniqueness
Use of the knife
Use of tool and different ways to use it
Useful tool would have a variety of screwdriver types and sizes, pliers, an adjustable wrench, and
    one or two knife blades
Utensils on the knife
Various application of its usage
Various functions in one tool small enough to keep in car
Various screwdrivers
What functions are available
What job the knife is going to be used for
What we actually need it for
Where it is available
Whether or not it has a carrying case
Which multi-tool comes with all I will use and not what I won't
Will I actually need it in the future
Wire cutters
Works for the job at hand
Works well and tight



Q1. This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other informational sources.

What features, factors, or considerations are most important to you when considering whether to purchase a particular knife or multi-tool? (Continued)

<u>Cost/Price</u>
Price (31)
Cost (10)
Inexpensive (2)
Competitive price
Cost of attachments
Expense
Good price
How expensive it is
Not sure it's on the price
Original cost and replacement costs of blades are most important
Priced within reason
Reasonably priced
Sale item

<u>Guarantee / Warranty</u>
Warranty (4)
Guarantee (2)
Does what it says / Can do the job (2)
Lifetime warranty
What kind of warranty it has

<u>Don't know / Nothing</u>
No / None / Nothing (12)
Don't know / No idea / Not sure (11)



**Q2. As you may know, many knives and multi-tools are made from stainless steel. Stainless steel is generally categorized by type or rating. What terms are you familiar with that characterize types or ratings of stainless steel?**

Specific reference to relevant ratings
440
440
440 - Won't rust 400
440 stainless
440 stainless, German steel
440, 18/8
770, 440
Rockwell hardness
Hi-carbon SS, nickel SS, Rockwell tested
Sheffield steel and 440 steel are the two I look for
Grade 440 stainless

Miscellaneous
Hard / Hardened / Hardness (6)
Does not rust / Won't rust (5)
Austenitic steel (2)
Surgical / Surgical stainless (2)
Swiss / Swiss army knives (2)
0108, surgical
10
100% the best
2b, grained
300 series austenitic stainless and 400 series ferritic stainless - both types (in the proper alloy and
    heat treatment) are capable of ver. 100,000 psi tensile strength and holding an edge
304
404
A lot
Ability to clean, strength
All I know gauge
Architectural steel, knife metal
As, carbon steel, Damascus steel, at100
Best possible
Blue
Brand and sharpness
Carbide
Case-hardened, brushed
Cheap and/or fine
Cheap but easy to break and rust
Cold rolled, heat treated
Corrosion resistance
Didn't know there were ratings of stainless steel. I would look for something rated as genuine
    stainless steel
Different grads like low carbon



Q2. As you may know, many knives and multi-tools are made from stainless steel. Stainless steel is generally categorized by type or rating. What terms are you familiar with that characterize types or ratings of stainless steel? (Continued)

_Miscellaneous (continued)_
Don't know all the types some have nickel
Durability, rustproof, chipping, sharpness
Durable, sharp, and unbreakable
Ease of operation long operational life
Everything
Fineness
Forged
Gages of stainless lower numbers to higher for thickness; polished brushed and mirror finish
Galvanized
Gauge
Good material, sturdy strong long lasting
Grade
Grades of stainless
Grades, series
Great ratings
High carbon
High ratings for stainless steel
I am not familiar with different types of stainless steel. I do know that it keeps the tool or knife from
    rusting I would continue to use stainless steel
I am not that familiar with the ratings of stainless steel.  I just know when I handle something made
    of stainless steel how sturdy it is
I know on a lot of knives there are words printed, which are stainless steel
I look at the shine
I look to see if it's rust resistant
I prefer stainless steel because nothing I own that is stainless steel rusts. It is also fairly sturdy.
I recognize 18/10 as reasonable quality
I'm not sure I buy forged steel
I'm familiar with the Rockwell scale
Inoxidable stainless steel does not stain, corrode, or rust as easily as ordinary steel, but it is not
    stain-proof
It won't rust
It's always labeled stainless steel.   Nice non-rust shiny blade. The blades get dull fast though
It's very strong and the ratings are very high! I like stainless steel and that's what I prefer to use,
    it's the best
Its strength and durability
Just stainless
Kitchen knives pots and pans, spoons and forks, saw blades drill bits
Knives, some tools
Know but in a knife I'd rather have high carbon steel
Letters and numbers which indicate grade of steel
Light medium hard
Little
Metal



Q2. As you may know, many knives and multi-tools are made from stainless steel. Stainless steel is generally categorized by type or rating. What terms are you familiar with that characterize types or ratings of stainless steel? (Continued)

_Miscellaneous (continued)_
Most
Multi tools
My recollection it is the hardness of the steel that is rated the higher the rating the harder it is
Not easily broken
Not familiar other than there are different grades
Not familiar with rating system, other than that there are SAE rating for steel grades and that there are different ratings depending on carbon and alloy content
Not many; is used by most companies as a sales tool; buy name brands with a good reputation and you can't go wrong
Not much other than it is very durable and last a long time if taken care of
Not very familiar just know if it is stainless steel it is good.
Number
Only stainless steel and surgical steel
Only through the name brand of the knives
Pare knife
Percentage of carbon
Rated by hardness
Razor sharp, heavy duty, single ply
Rust proof, strong, weight
SAE grade
Shaft, blade, shank
Sharp
Sharp knifes for gutting fish or cutting rope or fish line and it has to be very strong and the knife to cut sharp and quickly
Some what
Something about
Stainless
Stainless steel any brand
Stainless steel doesn't rust last longer
Stainless steel has been told to me that it is the best
Stainless steel is good it stays nice
Stainless steel is worthless for a knife blade
Standard stainless and surgical steel
Stay sharp
Stoves, refrigerator, microwaves, forks spoons, knifes, and sinks
Strong, don't rust easily, light weight
Sturdy
Surgery grade, 1810
Tempered and polished
Tempered steel
Tempering which toughens the blade, which determines the degree of toughens such as coloration. Red-brown has a higher degree of temper than steel heated to a straw color.
The 300 series ratings based on the hardness.



Q2. As you may know, many knives and multi-tools are made from stainless steel. Stainless steel is generally categorized by type or rating. What terms are you familiar with that characterize types or ratings of stainless steel? (Continued)

_Miscellaneous (continued)_
There are many, I know of about 10
Thickness
Thickness and length, if it too long I don't want it
Titanium, surgical
Tungsten
Types of stainless are ferritic and precipitation hardenings
Uncertain
US stainless steel is the best
Very important because some steel are of better quality then the others
Vg 10, ZDP 189
Weight
Weight, grade, looks, pricy
Weight, plating,
When it comes to stainless steel I usually characterize the type with pots and pans
Who makes it has to do with how well it keeps it appearance

Don't know / Unfamiliar / None
No / No knowledge / No idea / None / Nothing (144)
Do not know / Not sure / Unknown / Unfamiliar (84)
Na (11)
Didn't know there were different types and/or ratings of stainless steel
Don't know the ratings.  I would probably research it on line before I purchased the item.  It depends on the uses of the item
Don't understand ratings
Don't remember
Husband would know
I don't know any ratings other than just stainless steel
Multi-tool I bought was a plastic credit card size, one for emergency use
Nope that's what I prefer
Not sure other than stainless steel
Not too familiar with types, solid, plated
Not too many, but I know there are many types
Not up on ratings
Sorry to say I do not know the rating and category; would not interest me.  How it works and how many parts to it is more important to me
Unfamiliar with steel temperance levels and ratings



## APPENDIX: QUESTIONNAIRE



**Have you purchased either a sport/outdoor knife or multi-purpose tool, also known as a multi-tool, in the past two years?**

**Select one**

[r1] Yes    ○
[r2] No <sup>TERM</sup> ○

---

[S2]

**How likely are you to purchase either a sport/outdoor knife or multi-purpose tool, also known as a multi-tool, in the next twelve months?**

**Select one**

[r1] Very likely        ○
[r2] Somewhat likely     ○
[r3] Not likely <sup>TERMINATE IF NO TO S1</sup>    ○

---

[S3]

**Do you or anyone in your household work in the knife or multi-tool industry, the metallurgical industry, or in market research, graphic design or marketing?**

**Select one**

[r1] Yes <sup>TERM</sup> ○
[r2] No ○

---

---

[Intro]

**This research is intended to test your <u>current</u> knowledge regarding knives and multi-tools. As such, it is very important that you answer these questions to the best of your knowledge and <u>without</u> accessing or using other information sources.**

RILEY RESEARCH ASSOCIATES

Appendix: Questionnaire

[Q1]

**What features, factors or considerations are most important to you when considering whether to purchase a particular knife or multi-tool?**

**Please be as specific as possible**



[Q2]

**As you may know, many knives and multi-tools are made from stainless steel. Stainless steel is generally categorized by type or rating. What terms are you familiar with that characterize types or ratings of stainless steel?**

**Please be as specific as possible**



**Please indicate your familiarity with the following types or ratings of stainless steel:**

Q3]

**"440C stainless steel"**



**Select one**

[r1] Familiar with this type of stainless steel            ○

[r2] Somewhat familiar with this type of stainless steel ○

[r3] Not familiar with this type of stainless steel        ○

[Q4]

**"420 stainless steel"**

**Select one**

[r1] Familiar with this type of stainless steel            ○

[r2] Somewhat familiar with this type of stainless steel ○

[r3] Not familiar with this type of stainless steel        ○

[Q5]

**"190X stainless steel"**

**Select one**

[r1] Familiar with this type of stainless steel            ○

[r2] Somewhat familiar with this type of stainless steel ○

[r3] Not familiar with this type of stainless steel        ○

[Q6]

**In general, would you say that the particular type or rating of stainless steel used in a knife or multi-tool:**

**Select one**

[r1] Greatly influences your purchasing decision to purchase the particular knife or multi-tool            ○

[r2] Has little to no influence over your decision (i.e., other factors such as price, brand name, or other features would have more influence on your purchasing decision)            ○

[r3] Don't Know or am Not Sure of the influence            ○

RILEY RESEARCH ASSOCIATES

Appendix: Questionnaire

Q78910]

**On a 1-5 scale, where "5" means "Very important" and "1" means "not at all important," please rate the importance of the following factors in connection with your prospective purchase of a knife or multi-tool. If you are not familiar with these terms, please answer as such.**

**Select one**

| | Very important | | | Not at all important | | Don't Know/Not Familiar |
|---|---|---|---|---|---|---|
| | **[5]**<br>5 | **[4]**<br>4 | **[3]**<br>3 | **[2]**<br>2 | **[1]**<br>1 | **[c6]**<br>6 |
| [Q7] That the product is made from 420 stainless steel | ○ | ○ | ○ ○ | | ○ | ○ |
| [Q8] That the product is made from 440C stainless steel | ○ | ○ | ○ ○ | | ○ | ○ |
| [Q9] That the product is made from 440B stainless steel | ○ | ○ | ○ ○ | | ○ | ○ |
| [Q10] That the product is made from 190X stainless steel | ○ | ○ | ○ ○ | | ○ | ○ |

[Q11]

**If one knife or multi-tool was made from 440B stainless steel and another was made from 440C stainless steel, what impact would that have on your decision to purchase one product over the other?**

**Select one**

[r1] Don't Know or Not Sure whether it would have an influence or not          ○

[r2] More likely to purchase the 440B product          ○

[r3] More likely to purchase the 440C product          ○

[r4] It would have little to no influence over your purchasing decision (i.e., other factors such as price, manufacturer, etc. would more greatly influence your purchasing decision)          ○


RILEY RESEARCH ASSOCIATES

[Q12]

**If one knife or multi-tool was made from 420 stainless steel and another was made from 440C stainless steel, what impact would that have on your decision to purchase one product over the other?**

**Select one**

[r1] Don't Know or Not Sure whether it would have an influence or not ○

[r2] More likely to purchase the 420 product ○

[r3] More likely to purchase the 440C product ○

[r4] It would have little to no influence over your purchasing decision (i.e., other factors such as price, manufacturer, etc. would more greatly influence your purchasing decision) ○

---

[Q13]

**As you may know, the hardness of materials (including the steel in stainless steel knives and multi-tools) are tested and analyzed pursuant to hardness scales. Are you aware of or have you heard of the Rockwell C scale (abbreviated as "HRC" or "RC") used for measuring hardness?**

**Select one**

[r1] Familiar with the Rockwell C scale ○

[r2] Somewhat familiar with the Rockwell C scale ○

[r3] Not familiar with the Rockwell C scale ○

---

[Q14]

**Would you say that a knife's hardness value as measured on the Rockwell C scale (abbreviated as "HRC" or "RC")**

**Select one**

[r1] Don't Know or are Not Sure whether it would have an influence or not ○

RILEY RESEARCH ASSOCIATES

Appendix: Questionnaire

[r2] Greatly influences your purchasing decision to purchase the particular knife or multi-tool ○

[r3] Has little to no influence over your decision (i.e., other factors such as price, brand name, or other features. would have more influence on your purchasing decision) ○

[Q1516]

**On a 1-5 scale, where "5" means "very important" and "1" means "not at all important," please rate the importance of the following factors in connection with your prospective purchase of a knife or multi-tool. If you are not familiar with these terms, please answer as such.**

**Select one**

| | Very important | | | Not at all important | | Don't Know/Not Familiar |
|---|---|---|---|---|---|---|
| | **[5]** **5** | **[4]** **4** | **[3]** **3** | **[2]** **2** | **[1]** **1** | **[0]** **6** |
| [Q15] That the knife blade has a hardness value of between 57 to 59 measured in Rockwell C (abbreviated as "HRC" or "RC") | ○ | ○ | ○ ○ | | ○ | ○ |
| [Q16] That the knife blade has hardness value of between 8 to 11 measured in Rockwell C (abbreviated as "HRC" or "RC") | ○ | ○ | ○ ○ | | ○ | ○ |

[Q17]

**If the blade of one knife had a hardness value of between 8 to 11 measured on the Rockwell C scale (abbreviated as "HRC" or "RC") and another had a hardness value of between 57 to 59 measured on that same scale, what impact would that have on your decision to purchase one knife over another?**

**Select one**

[r1] Don't Know or are Not Sure whether it would have an influence or not ○

[r2] More likely to purchase the knife with a hardness value of between 8 to 11 HRC ○

[r3] More likely to purchase the knife with a hardness value of between 57 to 59 HRC ○

[r4] It would have little to no influence over your purchasing decision (i.e., other factors such as price, manufacturer, etc. would more greatly influence your purchasing decision) ○

[Q18]

**Please record your gender.**

**Select one**

[r1] Male  ⊙

[r2] Female  ⊙

---

[Q19]

**Please record your age**

**Please enter whole number**

[                ]

---

[Q20]

**Please record your state**

[ Select one...                    ▼ ]

---

[final]

**Those are all the questions we have, thank you for your opinions.**

---

[ Finish ]


RILEY RESEARCH ASSOCIATES

Appendix: Questionnaire

EXHIBIT B, Page 39 of 39